**Robert B. SPRAGUE, et al., Plaintiffs–Appellees/Cross–Appellants,**

v.

**GENERAL MOTORS CORPORATION, Defendant–Appellant/Cross–Appellee.**

**Nos. 94–1896 to 94–1898, 94–1937.**

United States Court of Appeals, Sixth Circuit.

Nov. 7, 1996.

Before: MARTIN, Chief Judge; MERRITT, KENNEDY, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE and COLE, Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of these cases en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is **ORDERED,** that the previous decision and judgment of this court are vacated, the mandate is stayed and the case is restored to the docket as a pending appeal.

It is further **ORDERED** that the appellees/cross-appellants file a supplemental brief not later than Friday, December 20, 1996, and the appellant/cross-appellee file a supplemental brief not later than Monday, February 10, 1997. Reargument will be scheduled for Wednesday, April 23, 1997.